JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILYS FASHION LLC, a limited liability company; SHINGAK KANG a/k/a SHEEN KANG, an individual; DASAN LIM a/k/a LOUIS LIM, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>RUOQUN GU a/k/a KAREN GU, an individual; and Does 1-20,<br><br>  Defendants.<br>_____<br>RUOQUN GU a/k/a KAREN GU, an individual<br><br>  Cross-claimant,<br><br>  v.<br><br>ILYS FASHION LLC, a limited liability company; SHINGAK KANG a/k/a SHEEN KANG, an individual; DASAN LIM a/k/a LOUIS LIM, an individual, and ROES 1- 20, inclusive.<br><br>  Cross-defendants. | Case No. 8:15-cv-00575-AG-DFM<br><br>**ORDER APPROVING STIPULATION FOR REMAND AND REMANDING ACTION TO STATE COURT** |

# **ORDER**

This matter came before the Court upon the May 19, 2015 Order to Show Cause issued by the Court [Dckt. No. 13], by which Defendant Ruoqun "Karen" Gu was ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction, and the May 22, 2015 Stipulation filed by Defendant/Cross-claimant Ruoqun "Karen" Gu [Dckt. No. 15] stipulating to remand.

Having reviewed Gu's stipulation and finding good cause therefore, the Court approves the Stipulation and hereby ORDERS this matter remanded to Orange County Superior Court.

The Clerk of the Court is instructed to vacate all hearing dates and close this action.

SO ORDERED.

Dated: May 26, 2015

_____
Judge Andrew J. Guilford
United States District Judge